# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **DEXTER JEROME WILLIAMS,** | ) | |
| **#08036631,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:08-CV-0078-M |
| | ) | |
| **LUPE VALDEZ, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ACCEPTED, that Plaintiff's claims are dismissed as frivolous except for his failure to protect claim, and related negligence claims, against Defendants Overbey and Gyasi, and that Defendant Sheriff Lupe Valdez is DISMISSED with prejudice as frivolous. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i), and 1915A(b)(1).

IT IS FURTHER ORDERED that service of process be issued as to Defendants DSO Overbey, #6665, and DSO Frem Pah Gyasi, #6803, at the Dallas County Sheriff's Department, Frank Crowley Courts Building, 133 N. Industrial Boulevard, LB 31, 1st Floor, Dallas, Texas 75207-4313. Since Plaintiff was previously granted leave to proceed *in forma pauperis*, the Court Clerk shall prepare and issue SUMMONS for Defendants Overby and Gyasi and deliver the same to the United States Marshal for service of process pursuant to Rule 4, Federal Rules of

Civil Procedure, along with a copy of the complaint, Plaintiff's answers to the magistrate judge's questionnaire, and the recommendation of the magistrate judge.

Signed this 11th day of July, 2008.

                                                                BARBARA M. G. LYNN
                                                                UNITED STATES DISTRICT JUDGE
                                                                NORTHERN DISTRICT OF TEXAS